

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 24, 2024**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| CHRISTOPHER BRANDON JUDGE and | § | CASE NO.: 23-41465-ELM7 |
| RAQUELLE ANN JUDGE | § | |
| Debtor(s) | § | |
| | § | |
| KRISTIN NEWMAN | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | ADVERSARY NO.: 23-04066-ELM |
| | § | |
| CHRISTOPHER BRANDON JUDGE ET AL. | § | |
| *Defendants* | § | |

### AGREED ORDER GRANTING MOTION TO CONTINUE

Before the Court is the Agreed Motion for Continuance. [Doc. No. 7] Having considered the Motion, the Court concludes that it should be and is hereby **GRANTED**.

Accordingly, the Court ORDERS that **TRIAL** is to be set before the **Honorable Edward L. Morris** at **501 W. 10th Street, Room 204, Fort Worth, TX 76102** the month of **August**. Docket call for this trial will be held on **August 5, 2024** at **1:30 p.m.** via **WebEx** either by video participation (https://us-courts.webex.com/meet/morris) or telephonic participation (Dial-In: 1-650-476-3207; Meeting ID: 473 581 124). A pretrial conference shall be scheduled by the parties at least seven (7) calendar days prior to trial docket call in a complex adversary proceeding if the parties anticipate that trial will exceed one day or if there are preliminary matters that should be addressed by the Court prior to the commencement of trial.

All deadlines contained in the original Scheduling Order [Doc. No 4] are to be shifted in accordance with the newly scheduled docket call date.

### END OF ORDER ###

Respectfully submitted,

*/s/ Michael S. Newman*
Michael S. Newman
Bar No 14963900
8813 N. Tarrant Pkwy., Ste. 252
North Richland Hills, TX 76182
Phone: 817-656-8100
Email: mike@newmanlawtx.com

*/s/ Clayton L Everett*
Clayton L. Everett
Bar No. 24065212
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
Email: clayton@norredlaw.com

Kristin Newman
Bar No 24102279
1409 Kaitlyn Lane
Keller, TX 76248
T: 817-480-5877
E-Mail: kristinnewman@me.com