IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| CHRISTOPHER BRANDON JUDGE and | § | CASE NO.: 23-41465-ELM7 |
| RAQUELLE ANN JUDGE | § | |
| Debtor(s) | § | |
| | § | |
| KRISTIN NEWMAN | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | ADVERSARY NO.: 23-04066-ELM |
| | § | |
| CHRISTOPHER BRANDON JUDGE ET | § | |
| AL. | § | |
| *Defendants* | | |

**UNOPPOSED MOTION FOR CONTINUANCE AND**
**REQUEST FOR A NEW SCHEDULING ORDER**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, Plaintiff Kristin Newman ("Plaintiff") files this Unopposed Motion for Continuance and Request for a New Scheduling Order and state:

1.   On May 23, 2023, Defendants filed a petition for relief under Chapter 7 of the United States Bankruptcy Code (Title 11) in Case No. 23-41465-7. Accordingly, Plaintiff's lawsuit in the 249th District Court was stayed. On August 15, 2023, Plaintiff filed this Adversary Proceeding in this Court. On September 15, 2023, Defendants filed their answer to the Adversary Proceeding in this Court.

2.   On January 24, 2024, the Court issued an Agreed Order Granting Motion to Continue, setting the case for trial in the month of August, 2024.

3.   Plaintiff and Defendant have exercised diligence in conducting discovery of the

facts that could be developed. The Parties have conducted written discovery. Debtors did not timely respond to the written discovery requests, and has only recently supplemented their responses.

4. Furthermore, one of Plaintiff's witnesses has suffered health issues recently, and is undergoing medical treatment, and would likely not be able to participate in a trial in August 2024.

5. The motion is made in good faith, to conserve judicial resources, and not to prejudice any party or to undue delay proceedings. Plaintiff respectfully requests the Court enter an order continuing the docket call date for at least one hundred eighty (180) days, extending the deadlines set forth in the Scheduling Order in accordance with the order, and for such other relief it may show itself entitled.

6. Plaintiff anticipates that a six (6) month continuance of the docket call date and an extension of all deadlines will allow the Parties to gather and consider information through discovery and to prepare for trial. Plaintiff believes a continuance of the case is in the best interest of the parties and the orderly administration of this case. This motion is made in good faith, to conserve judicial resources, and not to prejudice any party or to unduly delay proceeding. Plaintiff respectfully requests the Court enter an order continuing the docket call date six (6) months, extending deadlines set forth in the Scheduling Order, and for such other relief it may show herself entitled.

THEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Continuance and resetting the trial date by six months. Plaintiff requests that the Court grant all other relief to which they may be justly entitled.

Respectfully submitted,

/s/ Kristin Newman
Kristin E. Newman
State Bar No. 24102279
1409 Kaitlyn lane
Keller, TX 76248
T: 817-480-5877
E-mail: kristinnewman@me.com

Michael S. Newman
Bar No. 14963900
8813 N. Tarrant Pkwy., Ste. 252
North Richland Hills, TX 76182
T: 817-656-8100
E-mail: mike@newmanlawtx.com

## CERTIFICATE OF CONFERENCE

On July 22, 2024, Michael Newman conferred with Clayton Everett and Mr. Everett agreed to this unopposed motion for continuance.

By: *Kristin Newman*
Kristin Newman

## CERTIFICATE OF SERVICE

I certify that on July 22, 2024, a true and correct copy of the foregoing has been served on all parties using the Court's Electronic Filing System. Additionally, a courtesy copy of this motion has been emailed to all counsel of record.

By: *Kristin Newman*
Kristin Newman