**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | § | |
| CHRISTOPHER BRANDON JUDGE and | § | CASE NO.: 23-41465-ELM7 |
| RAQUELLE ANN JUDGE | § | |
| Debtor(s) | § | |
| | § | |
| KRISTIN NEWMAN | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | ADVERSARY NO.: 23-04066-ELM |
| | § | |
| CHRISTOPHER BRANDON JUDGE ET | § | |
| AL. | § | |
| *Defendants* | | |

**AGREED PROPOSED ORDER**

Before the Court is the Agreed Motion for Continuance. [Doc. No. 7] Having considered the Motion, the Court concludes that it should be and is hereby **GRANTED**.

Accordingly, the Court ORDERS that **TRIAL** is to be set before the **Honorable Edward L. Morris** at **501 W. 10th Street, Room 204, Fort Worth, TX 76102** the month of **August**. Docket call for this trial will be held on **February 3, 2025** at **1:30 p.m.** via **WebEx** either by video participation (https://us-courts.webex.com/meet/morris) or telephonic participation (Dial-In: 1-

650-476-3207; Meeting ID: 473 581 124). A pretrial conference shall be scheduled by the parties at least seven (7) calendar days prior to trial docket call in a complex adversary proceeding if the parties anticipate that trial will exceed one day or if there are preliminary matters that should be addressed by the Court prior to the commencement of trial.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael S. Newman* | */s/Clayton Everett* |
| Michael S. Newman | Clayton L. Everett |
| Bar No 14963900 | Bar No. 24065212 |
| 8813 N. Tarrant Pkwy., Ste. 252 | Norred Law, PLLC |
| North Richland Hills, TX 76182 | 515 E. Border Street |
| Phone: 817-656-8100 | Arlington, Texas 76010 |
| Email: mike@newmanlawtx.com | Email: clayton@norredlaw.com |

Kristin Newman
Bar No 24102279
1409 Kaitlyn Lane
Keller, TX 76248
T:  817-480-5877
E-Mail:  kristinnewman@me.com

2