

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 30, 2024**

_____
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| CHRISTOPHER BRANDON JUDGE and | § | CASE NO.: 23-41465-ELM7 |
| RAQUELLE ANN JUDGE | § | |
| Debtor(s) | § | |
| | § | |
| KRISTIN NEWMAN, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | ADVERSARY NO.: 23-04066-ELM |
| | § | |
| CHRISTOPHER BRANDON JUDGE, | § | |
| ET AL., | § | |
| *Defendants* | | |

### ORDER CONTINUING TRIAL DOCKET CALL
### AND AMENDING SCHEDULING ORDER

Before the Court is the Plaintiff's Unopposed Motion for Continuance and Request for a New Scheduling Order [Doc. No. 10] (the "Motion"). Having considered the Motion, and the Defendants being unopposed to the requested relief, it is hereby:

ORDERED that the Motion is GRANTED as provided herein; it is further

ORDERED that trial docket call ("Docket Call") for this adversary proceeding will be held on **February 3, 2025,** at **1:30 p.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 and by WebEx videoconference at the following address: https://us-courts.webex.com/meet/morris; it is further

ORDERED that the trial of this adversary proceeding will be set at the Docket Call; and it is further

ORDERED that all pretrial deadlines applicable to this adversary proceeding shall be recalculated in accordance with paragraph 7 of Part III of the Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order [Doc. No. 4].

### End of Order ###