# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: § | | |
| **CHRISTOPHER BRANDON JUDGE** § | | |
| and **RAQUELLE ANN JUDGE,** § | | |
| § | | **CHAPTER 7** |
| ~~~~~ § | | |
| § | | **CASE NO. 23-41465** |
| **KRISTIN NEWMAN** § | | |
| *Plaintiff*, § | | **ADV. PRO. NO.23-04066** |
| § | | |
| vs. § | | **JUDGE EDWARD L. MORRIS** |
| § | | |
| **CHRISTOPHER BRANDON JUDGE** § | | |
| and **RAQUELLE ANN JUDGE,** § | | |
| § | | |
| *Defendants*. | | |

## PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Plaintiff KRISTIN NEWMAN, (hereinafter, "Plaintiff"), contends that there is no dispute about the following material facts:

1. Christopher Judge and Raquelle Ann Judge are the principals of Judge DFW, LLC, each being a Manager of the Texas Limited Liability Company.

2. Christopher Judge and Raquelle Ann Judge represented, and advertised that Judge DFW, LLC provided Architectural Services within the state of Texas.

3. Christopher Judge and Raquelle Ann Judge represented to Plaintiff that Christopher Judge was an architect, and that he was capable of, and would prepare, architectural plans for the construction of plaintiff's home.

4. Christopher Judge has never held an Architect License.

5. Christopher Judge and Raquelle Ann Judge represented that they would construct plaintiff's home in a good and workmanlike manner, in accordance with minimum industry standards.

6. Christopher Judge and Raquelle Ann Judge represented that they would use licensed tradespersons, such as electricians and plumbers in the construction of Plaintiff's and that the construction would be in accordance with building codes and that the home would be safe for human habitation as a residence.

7. Christopher Judge and Raquelle Ann Judge represented that they were custom home builders with the knowledge and experience to build a custom home in accordance with industry standards, in a good and workmanlike manner, and in accordance with applicable building codes.

8. Christopher Judge and Raquelle Ann Judge collected $10,000.00 from Plaintiff, as a Deposit, for the development and production of the construction plans.

9. Christopher Judge and Raquelle Ann Judge collected $17,246.25 from Plaintiff on, as Draw #1, for the immediate ordering of doors and windows, permitting and engineering.

10. Christopher Judge and Raquelle Ann Judge never ordered the doors and windows.

11. Christopher Judge falsely stated on many occasions that the windows and doors had been ordered, and that they would be delivered and installed.

12. Christopher Judge and Raquelle Ann Judge never obtained a building permit from Johnson County, Texas.

13. Christopher Judge and Raquelle Ann Judge used an unlicensed plumber to install the plumbing rough-in.

14. Christopher Judge and Raquelle Ann Judge used an unlicensed electrician to install the electrical rough-in.

Dated December 16, 2024

Respectfully submitted,

By: */s/ Kristin Newman*
Kristin Newman
SBOT # 24102279
1409 Kaitlyn Lane
Keller, TX 76248
T:  817-480-5877
E-Mail:  kristinnewman@me.com

/s/       *Michael S. Newman*
Michael S. Newman SBOT #14963900
Michael S. Newman, Attorney at Law, pllc
8813 N. Tarrant Parkway, Suite 252
North Richland Hills, Texas  76182-8461
Tel 817-656-8100
Email@NewmanLawTX.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE - I hereby certify that a true and correct copy of the foregoing document was served on Christopher Brandon Judge and Raquelle Ann Judge, as Defendants, and Clayton L. Everett, as lead counsel, according to the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure.

Via US Mail and Email:
 Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border St. | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorneys for Defendants

/s/ Michael S. Newman
/s/ Kristin Newman