## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: § | | |
| **CHRISTOPHER BRANDON JUDGE** § | | |
| **and RAQUELLE ANN JUDGE,** § | | |
| § | | **CHAPTER 7** |
| ~~~~~ § | | |
| § | | **CASE NO. 23-41465** |
| **KRISTIN NEWMAN** § | | |
| *Plaintiff*, § | | **ADV. PRO. NO.23-04066** |
| § | | |
| vs. § | | **JUDGE EDWARD L. MORRIS** |
| § | | |
| **CHRISTOPHER BRANDON JUDGE** § | | |
| **and RAQUELLE ANN JUDGE,** § | | |
| § | | |
| *Defendants*. | | |

### NOTICE OF HEARING ON
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the hearing on Plaintiff's Motion for Summary Judgment has been set for **Wednesday, January 29, 2025**, at **1:30 p.m.** to be held via Web-Ex videoconference using the below information:

Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

Dated January 15, 2025

Respectfully submitted,

By: /s/ *Michael S. Newman*
Michael S. Newman SBOT #14963900

        Michael S. Newman, Attorney at Law, pllc
        8813 N. Tarrant Parkway, Suite 252
        North Richland Hills, Texas  76182-8461
        Tel 817-656-8100
        Email@NewmanLawTX.com

        */s/ Kristin Newman*
        Kristin Newman
        SBOT # 24102279
        1409 Kaitlyn Lane
        Keller, TX 76248
        T:  817-480-5877
        E-Mail:  kristinnewman@me.com

        Attorney for Plaintiff

CERTIFICATE OF SERVICE - I hereby certify that a true and correct copy of the foregoing document was served on Christopher Brandon Judge and Raquelle Ann Judge, as Defendants, and Clayton L. Everett, as lead counsel, according to the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure.

*Via E-service and Email:*
 Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border St. | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorneys for Defendants

        */s/ Michael S. Newman*