Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re: Christopher Brandon Judge and Raquelle Ann Judge, Debtors, | Case No. 23-41465-elm |
| | Chapter 7 |
| Kristin Newman, Plaintiff | |
| v. | Adversary No. 23-04066 |
| Christopher Brandon Judge and Raquelle Ann Judge, Defendants | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants Christopher Brandon Judge and Raquelle Ann Judge (collectively, "Defendants" or "Debtors") file their Response to Plaintiff Kristin Newman's Motion for Summary Judgment, and would respectfully show the Court as follows:

1. Summary judgment is improper in this case because there are genuine issues of fact regarding Defendants' alleged fraud and misrepresentation.

2. Defendants set out their legal and factual grounds on which they rely in opposition to the motion more fully in their brief filed contemporaneously.

3. Defendants also set out their arguments and authorities in their brief.

Defendants Christopher Brandon Judge and Raquelle Ann Judge request that this Court deny the motion for summary judgment in its entirety.

DATED: January 20, 2025.

Respectfully submitted,

*/s/ Clayton L. Everett*
Clayton L. Everett
Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2025, a true and correct copy of the foregoing response has been served according to the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure via electronic means, if available, to:

*Counsel for Plaintiff via CM/ECF*:

Michael Newman
8813 N. Tarrant Parkway, Ste. 252
North Richland Hills, TX 76182
Via: email@newmanlawtx.com

*Plaintiff and Counsel via CM/ECF:*

Kristin Newman
1409 Kaitlyn Lane
Keller, TX 76248
kristinnewman@me.com

/s/ *Clayton L. Everett*