Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re: Christopher Brandon Judge and Raquelle Ann Judge, Debtors, | Case No. 23-41465-elm |
| | Chapter 7 |
| Kristin Newman, Plaintiff | |
| v. | Adversary No. 23-04066 |
| Christopher Brandon Judge and Raquelle Ann Judge, Defendants | |

## **DEFENDANTS' WITNESS AND EXHIBIT LIST**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Christopher Brandon Judge and Raquelle Ann Judge ("Defendants") in the above-captioned case and files this *Witness and Exhibit List* for the trial set in connection with the Complaint [Adv. Dkt. 1] and Answer [Adv. Dkt. 6] in the above-captioned adversary proceeding.

### LIST OF WITNESSES

1. Christopher Brandon Judge, Defendant;
2. Raquell Ann Judge, Defendant;
3. Kristin Newman, Plaintiff; and,
4. Any witness called or listed on opposing counsel's list.

### LIST OF EXHIBITS

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| **1.** | Autonation - Statements Sent | |

| | | |
|---|---|---|
| **2.** | BOA Personal 2023_Redacted | |
| **3.** | Chase Personal 2022_Redacted | |
| **4.** | Chris Judge Email re Permit Application | |
| **5.** | Closing Disclosure for Purchase of 908 Crescent, Denton | |
| **6.** | Closing Disclosure for Sell of 9353 Old Stoney, Ponder | |
| **7.** | Correspondence with Concrete Contractor | |
| **8.** | Correspondence with Electrical Contractor | |
| **9.** | Correspondence with Fireplace Contractor | |
| **10.** | Correspondence with Fireplace Contractor | |
| **11.** | Current Personal 2023 | |
| **12.** | Judge DFW 1881 2022_Redacted | |
| **13.** | Judge DFW 6359 2022_Redacted | |
| **14.** | JUDGE DFW LLC Certificate of Liability Insurance 2021 | |
| **15.** | JUDGE DFW LLC Certificate of Liability Insurance 2022 | |
| **16.** | Newman Accounting Ledger | |
| **17.** | Newman Engineered Foundation | |
| **18.** | Newman Invoices, Draws 1-5 | |
| **19.** | Newman Ledger Receipts | |
| **20.** | NEWMAN PERMIT APPLICATION | |
| **21.** | Newman Prepour Inspection Report | |
| **22.** | Newman Residence Design and Build Contract | |
| **23.** | Newman Residence Design Document (10.15.21) | |
| **24.** | Newman Residence Window Advisor Emails | |
| **25.** | Newman Weekly Updates | |

| | | |
|---|---|---|
| **26.** | Newman Window Order Communication | |
| **27.** | Newman Window Order Text | |
| **28.** | Payments to Galvan, Trejo, Plumber | |
| **29.** | Trejo Air Invoices | |
| **30.** | Trejo Air Payments & Communication | |
| **31.** | Varo Personal December 2022_Redacted | |
| **32.** | Varo Personal January 2023_Redacted | |
| **33.** | Any exhibit listed on Plaintiff's exhibit list | |

Defendants reserve the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the trial.

DATED: January 21, 2025.                        Respectfully submitted:

By: __/s/ Clayton L. Everett____
    Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have this January 21, 2025, served a true and correct copy of the above list via ECF upon all parties receiving notice through the ECF system.

                                                      */s/ Clayton L. Everett*