UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: § | | |
| CHRISTOPHER BRANDON JUDGE § | | |
| and RAQUELLE ANN JUDGE, § | | |
| § | | CHAPTER 7 |
| ~~~~~ § | | |
| § | | CASE NO. 23-41465 |
| KRISTIN NEWMAN § | | |
| *Plaintiff*, § | | ADV. PRO. NO.23-04066 |
| § | | |
| vs. § | | JUDGE EDWARD L. MORRIS |
| § | | |
| CHRISTOPHER BRANDON JUDGE § | | |
| and RAQUELLE ANN JUDGE, § | | |
| § | | |
| *Defendants*. | | |

**PLAINTIFF'S WITNESS LIST AND EXHIBIT LIST**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff Kristin Newman ("Plaintiff"), by and through the undersigned counsel, pursuant to this Court's scheduling order, hereby files her Witness and Exhibit List for the trial set in connection with the above-captioned adversary pleading.

**I.**

**WITNESS LIST**

1. Kristin Newman, Plaintiff

2. Jerry Brook, Black Bear Construction Group, Inc.

3. Christopher Judge, Defendant

PLAINTIFF'S WITNESS AND EXHIBIT LIST                                                                                      1

4. Raquelle Judge, Defendant

## II.
## EXHIBIT LIST

| EXHIBIT | DESCRIPTION | ADMITTED? |
|---|---|---|
| A | DEFENDANTS' TWITTER ADVERTISEMENT FOR ARCHITECTURAL SERVICES | |
| B | DRAW SCHEDULE | |
| C | LLC DOCUMENTS FOR JUDGE DFW, LLC | |
| D | TEXT MESSAGE THAT DOORS AND WINDOWS WERE ORDERED | |
| E | CONTRACT FOR CONSTRUCTION OF PLAINTIFF'S HOME | |
| F | INSPECTION REPORT OF TEXAS INSPECTOR | |
| G | ENGINEERING REPORT OF FALKOFSKE ENGINEERING | |
| H | BLACK BEAR CONSTRUCTION GROUP, INC. INVOICE | |

Plaintiff reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to trial.

Dated February 6, 2025

Respectfully submitted,

By: /s/ *Michael S. Newman*
Michael S. Newman SBOT #14963900
Michael S. Newman, Attorney at Law, pllc
8813 N. Tarrant Parkway, Suite 252
North Richland Hills, Texas  76182-8461
Tel 817-656-8100
Email@NewmanLawTX.com

/s/ *Kristin Newman*
Kristin Newman
SBOT # 24102279
1409 Kaitlyn Lane
Keller, TX 76248

                    T:  817-480-5877
                    E-Mail:  kristinnewman@me.com

                    Attorney for Plaintiff

CERTIFICATE OF SERVICE - I hereby certify that a true and correct copy of the foregoing document was served on Christopher Brandon Judge and Raquelle Ann Judge, as Defendants, and Clayton L. Everett, as lead counsel, according to the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure.

*Via ECF:*
 Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border St. | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorneys for Defendants

                    */s/ Michael S. Newman*